UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 3:09-cv-00642-MMH-MCR

BILL NORKUNAS, Individually

    Plaintiff,

vs.

ASHFORD ATLANTIC BEACH, L.P.,
A Foreign Limited Partnership

    Defendant.
_____/

## JOINT NOTICE OF FILING STIPULATION OF SETTLEMENT, RESPONSE TO ORDER TO SHOW CAUSE AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Bill Norkunas, and Defendant, Ashford Atlantic Beach, L.P. ("Ashford"), file this Notice of Filing Stipulation of Settlement, Response to Order to Show Cause and Joint Stipulation of Dismissal with Prejudice and respectfully state as follows:

1. The parties hereby file the Stipulation for Settlement, a copy of which is attached as Exhibit 1. This matter has been resolved in its entirety.

2. The parties respond to the February 5, 2010 Order to Show Cause by stating they had diligently worked to resolve this matter and were in the process of obtaining final signatures on the Stipulation of Settlement at the time the Order to Show Cause was entered. The parties did not prepare a Case Management Report because the matter was in the process of being resolved.

3. Because this matter has now been resolved in its entirety, the parties agree that this action be hereby dismissed with prejudice, that all pending motions be denied as moot, and,

except as otherwise provided in the Stipulation for Settlement, that each party is to bear its own attorney's fees and costs.

Date: February 9, 2010                                             Respectfully,

| By:   s/Thomas B. Bacon | By:   s/Steven A. Siegel |
|---|---|
| Thomas B. Bacon | Steven A. Siegel |
| Florida Bar No. 139262 | Fla. Bar No. 497274 |
| tbb@thomasbaconlaw.com | ssiegel@laborlawyers.com |
| Thomas B. Bacon, P.A. | FISHER & PHILLIPS LLP |
| 4868 SW 103rd Avenue | 450 East Las Olas Boulevard |
| Cooper City, FL  33328 | Suite 800 |
| Telephone (954) 478-7811 | Fort Lauderdale, FL 33301 |
| Facsimile (954) 237-1990 | Telephone (954) 525-4800 |
|  | Facsimile (954) 525-8739 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |