### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

BILL NORKUNAS,

    Plaintiff,

v.                                         Case No.  3:09-cv-642-J-34MCR

ASHFORD ATLANTIC BEACH, L.P.,

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Joint Notice of Filing Stipulation of Settlement, Response to Order to Show Cause and Joint Stipulation of Dismissal With Prejudice (Dkt. No. 23; Notice) filed on February 9, 2010.  In the Notice, the parties state that they agree to the dismissal of this matter with prejudice.  See Notice at 1.  Accordingly, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear its own fees and costs.

      3.      The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 10th day of February, 2010.

                                                              MARCIA MORALES HOWARD
                                                             United States District Judge

ja

Copies to:

Counsel of Record